# ROBINSON & COLE LLP

GREGORY J. LIGELIS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
gligelis@rc.com
Direct (203) 462-7516

Also admitted in New York

> *Handwritten annotation by Judge:*
> Citizens Bank asks the yacht be released from the attachment order. The Court would only do that if there is a stipulation from all interested parties or in response to a motion. The Court would not grant that relief on the basis of an unsworn letter. So ordered.
> /s/ JGK oetl
> U.S.D.J.
> 2/14/12

February 8, 2012

The Honorable John G. Koetl
United States District Judge
United States District Courthouse
For the Southern District of New York
500 Pearl Street
New York, New York 10007

> CHAMBERS OF
> JOHN G. KOELTL
> U.S.D.J.
> RECEIVED FEB 10 2012

Re:   Securities and Exchange Commission
      v. Murdock Security & Investigations, Inc.
      Case No.: 1-1CIV-7076 (JGK)

Dear Judge Koetl:

We represent Citizens Bank of Rhode Island ("Citizens Bank"), holder of a first preferred ship mortgage on the 2001 4600 Limited yacht, Hull No. MXYA05Y2J001 ("Yacht").

Enclosed herewith is a copy of the recorded mortgage showing William C. Vassell, as the 100% owner of the Yacht. As of January 16, 2012, the outstanding balance of the mortgage is $186,571.18. The approximate current market value of the Yacht is $120,000.00. The Yacht is currently subject to an order of attachment in favor of the Securities and Exchange Commission ("SEC"). There is no equity in the Yacht for the SEC. We hereby respectfully request that this Yacht be released from the Court's attachment order, since Citizens Bank is an innocent good faith mortgage holder. We have discussed this matter with Attorney Birnbaum of the SEC, and Attorney Birnbaum suggested that we write to the Court for relief. Citizens Bank intends on repossessing the Yacht.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC# _____
> DATE FILED: 2/14/12

Respectfully Yours,

/s/ Gregory J. Ligelis
Gregory J. Ligelis
GJL/jml
Enclosure

cc:   Michael M. Birnbaum, Esq.    (By regular mail w/enclosure)
      Jennifer S. Recine, Esq.     (By facsimile w/enclosure)
      Jennifer L. Tyler            (By facsimile w/o enclosure)

Law Offices
BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA

www.rc.com    11509829-v1