UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>v.<br><br>MURDOCH SECURITY & INVESTIGATIONS, INC., ROBERT GOLDSTEIN, AND WILLIAM VASSELL,<br><br>                        Defendants. | CASE NO. 1:11-cv-07076-JGK |

## DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF REQUEST TO MAKE TAX PAYMENT

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Murdoch Distribution Fund ("Fund") in the Order to Appoint Tax Administrator, Case No. 1:11-cv-07076-JGK, filed on July 17, 2014.

3. As Tax Administrator, Damasco has determined that the Fund owes $13.00 in tax liability for the year 2013. This tax payment is past due.

4. A check in the amount of $13.00 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019. The check should be received in our office as soon

as possible.

5.  The check will be deposited into a trust account from which the tax payment will be made. Therefore, the Employer Identification Number that should be written on the check is XX-XXX7143 because it is for tax payment on behalf of the Fund.

6.  No allowance has been made in the amount requested above for interest and penalties, which I anticipate will be assessed as a result of the late filing of returns and late payment of tax for the year 2013. When that happens, we will consider an abatement request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 17, 2014 in Half Moon Bay, California.

_____
Jude P. Damasco