UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>MURDOCH SECURITY & INVESTIGATIONS, INC., ROBERT GOLDSTEIN, AND WILLIAM VASSELL,<br><br>　　　　　　　　　Defendants. | Case No. 11-cv-7076 (JGK) |

**DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST**

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am a managing partner of Miller Kaplan Arase LLP ("MKA") which acquired Damasco & Associates LLP ("Damasco"). MKA's northern California office is located at Two Embarcadero Center, Suite 2280, San Francisco, CA 94111. I am a certified public accountant.

2. Damasco, now MKA, was appointed as Tax Administrator for the SEC v Murdoch Distribution Fund ("Fund") in the Order to Appoint Tax Administrator, Case No. 1:11-cv-07076-JGK, filed on July 17, 2014.

3. Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our invoice for tax compliance services performed on behalf of the Fund.

4. Please authorize the Court appointed Distribution Agent, Kurtzman Carson

Consultants LLC, to remit payment in the amount of $2,534.35 to MKA according to the instructions listed on the attached invoice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2019, in Hailey, Idaho.

*Jude P. Damasco*

Jude P. Damasco



**MILLER KAPLAN ARASE LLP**
CERTIFIED PUBLIC ACCOUNTANTS SINCE 1941

4123 Lankershim Boulevard  North Hollywood, California 91602

**Michael Lim**
SEC v Murdoch Distribution Fund
U.S. Securities & Exchange Commission
Office of Distributions Div of Enforcmnt
100 F Street, N.E., Mail Stop 5631
Washington, DC  20549-5631

| | | | |
|---|---|---|---|
| Invoice: | 513526 | SEC E.A. reference: | NY-08566-B |
| ID: | 3094950 | SEC/DC Case Number: | 1:11-cv-07076-JGK |
| Date: | 02/07/2019 | Responsible Party for Payment: | Distribution Fund |
| **Due Date:** | **03/09/2019** | Tax Administrator Appointment Date: | 07/17/2014 |

For professional services rendered as follows:

| DATE | SERVICE | | STAFF | SEC DISCOUNT RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| | **Preparation and filing of the 2018 Qualified Settlement Fund Income Tax Return.** | | | | | 1,800.00 |
| | **SEC QSF Additional Services - Consolidated Fund Accounting Report** | | | | | |
| 04/26/2018 | Review | | KM | 100.000 | 1.00 | 100.00 |
| | | Review KCC 04/10/2018 Funds Analysis report, compare it to our records and email detailed message to Karen of KCC re areas of Analysis in need of adjustments and to provide a list of tasks that must be completed to close QSF, et al. | | | | |
| | **SEC QSF Additional Services - Tax Reserve** | | | | | |
| 08/22/2018 | Obtain Information for Analysis/Calculations | | KM | 100.000 | 0.50 | 50.00 |
| | | Review emails from M. Lim & J. Ambrogi re tax reserve needed for residual distribution, research file documentation and send them a detailed reply. | | | | |
| 09/07/2018 | Preparation | | KM | 100.000 | 0.50 | 50.00 |
| | | Gather information relevant to preparing an updated tax reserve & prepare report for JPD's use in determining whether or not a tax reserve is necessary for residual distribution. | | | | |
| | **SEC QSF Additional Services - Distribution Consulting** | | | | | |
| 11/07/2018 | Obtain Information for Analysis/Calculations | | KM | 100.000 | 0.50 | 50.00 |
| | | Review ECF emails providing copies of DE 88 & 89 Motion re Residual Distribution, process documents, cull information relevant to the compliance obligations of the QSF and document file re findings, et al. | | | | |
| 12/10/2018 | Review | | NAS | 320.000 | 1.00 | 320.00 |
| | Review final tranche distribution letter. | | | | | |

MAIN: 818.769.2010    FAX: 818.769.3100    FED EIN 95-2036255
MillerKaplan.com

| Date | Description | | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/10/2018 | Discussions/Meetings | | KM | 108.000 | 0.40 | 43.20 |
| | Review emails re KCC/Gilardi request for review of tax statement in preparation for residual distribution, research status of pending payments by DF Vassell and reply to internal email re same. | | | | | |

**SEC QSF Additional Services - Statement to Eligible Investors**

| 12/10/2018 | Discussions/Meetings | | QAD | 240.000 | 0.50 | 120.00 |
|---|---|---|---|---|---|---|
| | Reviewed draft paystub tax letter for the residual (last) distribution per Dan Marotto's request. | | | | | |

|  |  | Total for Services |  | 2,533.20 |
|---|---|---|---|---|

**Charges**

**General Consulting Services - General Consulting**

| 02/04/2019 | Delivery Charge | | | 0.000 | | 1.15 |
|---|---|---|---|---|---|---|
| | 2018 Fed Tax Return - delivery charge. | | | | | |

|  | Total for Charges | 1.15 |
|---|---|---|
|  | Invoice Total | $2,534.35 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER OR CHECK
ACCORDING TO THE INSTRUCTIONS BELOW:
WIRE FUNDS TO:

CITY NATIONAL BANK
400 N. ROXBURY DRIVE, 5TH FLOOR
BEVERLY HILLS, CA 90210
ABA NUMBER 122016066  SWIFT CODE CINAUS6L
BENEFICIARY ACCOUNT NUMBER 113-238313
BENEFICIARY ACCOUNT NAME: MILLER KAPLAN ARASE LLP

MAKE CHECK PAYABLE TO:

MILLER KAPLAN ARASE LLP
4123 LANKERSHIM BOULEVARD, NORTH HOLLYWOOD, CA 91602

| 02/07/2019 | 01/31/2019 | 12/31/2018 | 11/30/2018 | 10/31/2018+ | **Total** |
|---|---|---|---|---|---|
| 2,534.35 | 0.00 | 0.00 | 0.00 | 0.00 | **$2,534.35** |

MAIN: 818.769.2010    FAX: 818.769.3100    FED EIN 95-2036255
MillerKaplan.com