UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MURDOCH SECURITY & INVESTIGATIONS,
INC., ROBERT GOLDSTEIN, and WILLIAM
VASSELL,

Defendants.



Civil No. 11-cv-7076 (JGK)

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed Plaintiff Securities and Exchange Comission's ("SEC" or "Comission") Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, and the supporting Declaration of Jude P. Damasco in Support of Fee, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check from funds held by the Court under the case name designation "SEC v. Murdoch Security & Investigations. Inc., Robert Goldstein, and William Vassell," for the following:

    a. A check in the amount of $2,534.35 made payable to "Miller Kaplan Arase LLP," for the payment of fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation "SEC v. Murdoch Distribution Fund, case number 11-cv-07076-JGK."

2. The Clerk shall send the check by overnight mail to:

MILLER KAPLAN ARASE LLP
4123 LANKERSHIM BOULEVARD
NORTH HOLLYWOOD, CA 91602

The Commission's counsel has provided the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 10/1/19

United States District Judge