UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,        11 -cv-7076 (JGK)

  - against -                ORDER

MURDOCH SECURITY & INVESTIGATIONS,
INC., ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

With regard to this Court's Order dated October 1, 2019 (Docket No. 96), the Court advises the parties that it no longer has any funds pertaining to this case. The remaining funds were distributed pursuant to this Court's Order dated August 12, 2016.

SO ORDERED.

Dated:    New York, New York
          October 10, 2019

                                  John G. Koeltl
                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10-11-19